# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 9, 2025

### NO. 03-22-00742-CR

**The State of Texas, Appellant**

**v.**

**Brandon James Cielencki, Appellee**

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE
CONCURRING OPINION BY JUSTICE KELLY**

This is an appeal from the order entered by the trial court on November 1, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.